**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

CURTIS LEE ALLEN                                                                                       PLAINTIFF

V.                                    NO: 4:10CV01219 DPM/HDY

FAULKNER COUNTY
SHERIFF'S DEPARTMENT                                                              DEFENDANT

**ORDER**

Plaintiff filed a complaint (docket entry #2) on September 13, 2010, and an amended complaint (docket entry #6) on October 19, 2010. Liberally construing Plaintiff's complaint, the Court concludes that Plaintiff has stated a claim for relief against Defendants Ruth Bryant and Gary Stewart, and will order service on them.

IT IS THEREFORE ORDERED THAT service is appropriate on Defendants Ruth Bryant and Gary Stewart. The Clerk of the Court is directed to prepare a summons for said Defendants, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), amended complaint (docket entry #6), this order, and summons, upon them, without prepayment of fees and costs or security therefor.

DATED this   22   day of October, 2010.

_____
UNITED STATES MAGISTRATE JUDGE