IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CURTIS LEE ALLEN                                                                                      PLAINTIFF

v.                              Case No. 4:10-cv-1219-DPM-HDY

FAULKNER COUNTY SHERIFF'S
DEAPRTMENT; RUTH BRYANT,
R.N., Faulkner County Detention
Center Unit 2; GARY STEWART,
Doctor, Faulkner County Detention
Center Unit 2; and JOHN DOES,
Faulkner County Detention Center
Unit 2 Medical Staff and Faulkner
County Detention Center Unit 2                                                              DEFENDANTS

ORDER

The Court has carefully reviewed the Proposed Findings and Recommendations from Magistrate Judge H. David Young.  Allen has not filed any objections.  The Court sees no legal error or clear error of fact on the face of this record as a whole.  FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition).  The Court therefore adopts Magistrate Judge Young's proposed findings and recommendations, *Document No. 8*, as its own.  Allen's claim against the Faulkner County Sheriff's Department is dismissed with prejudice.

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

<u>16 November 2010</u>