IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CURTIS LEE ALLEN**                                                                              **PLAINTIFF**

v.                                   Case No. 4:10-cv-1219-DPM

**RUTH BRYANT; GARY
STEWART; and DOES**                                                                         **DEFENDANTS**

ORDER

The Court has carefully reviewed the Proposed Findings and Recommendations from Magistrate Judge H. David Young. Allen has not filed any objections because, having not provided the Clerk with his current address, he has not received the Magistrate Judge's proposal. In the circumstances, the Court sees no legal error or clear error of fact on the face of this record as a whole. FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition). The Court therefore adopts Magistrate Judge Young's Proposed Findings and Recommendations, *Document No. 31*, as its own. Allen's claims against the Doe Defendants are dismissed without prejudice for failing to comply with Local Rule 5.5(c)(2).

So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 March 2011