IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CURTIS LEE ALLEN                                                                                  PLAINTIFF

v.                          Case No. 4:10-cv-1219-DPM

RUTH BRYANT and
GARY STEWART                                                                                    DEFENDANTS

## JUDGMENT

Allen's complaint is dismissed without prejudice. An *in forma pauperis* appeal taken from this judgment and the accompanying order would be frivolous and not in good faith. 28 U.S.C. § 1915(a)(3).

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 April 2011